HELEN K. LAPCHAK, Appellant, *v.* ROBERT C. HARDY et al., Respondents, et al., Defendants.

Submitted November 12, 1946; decided November 14, 1946.

*William E. Haudek* for motion.

No one opposed.

Motion granted.